IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JANICE BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07cv413-CSC |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On January 18, 2008, plaintiff's counsel filed an application for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1) for fees in the amount of $2,968.75. (Doc. # 16). The defendant does not object to the amount of requested. The statute authorizes the court to "award to a prevailing party" fees, expenses, and costs. *See* 28 U.S.C. § (d)(2)(B). Accordingly, it is

ORDERED AND ADJUDGED that the motion for attorney's fees and expenses be and is hereby GRANTED and the plaintiff be and is hereby AWARDED fees and expenses in the amount of $2,968.75.

Done this 11th day of January, 2008.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE